**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

TOYOTA MOTOR CREDIT
CORPORATION

      PLAINTIFF

      v.

COLONEL CHRISTOPHER MASON
SUPERINTENDENT MASSACHUSETTS
STATE POLICE AND A1 AFFORDABLE
INC.
      DEFENDANTS

CIVIL ACTION NO: 1:21-CV-11944-ADB

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

      Pursuant to Fed. R. Civ. P. 41(a)(ii) of the Federal Rules of Civil Procedure the Parties hereby stipulate that all the claims made by all of the Parties in this action shall be dismissed with Prejudice and without costs.

Dated:    Newton, Massachusetts
          June 15, 2022,

Plaintiff: Toyota Motor Credit Corporation
By Its Attorneys
**Lushan, McCarthy & Goonan**

By: _/s/   Michael Lushan_
Michael Lushan, Esq. BBO# 307990
132 Adams Street, Suite 8
Newton, MA 02458
617-739-0700
lushan@lushlaw.com

1

Defendant: Colonel Christopher Mason, in
his official capacity as Superintendent
of the Massachusetts State Police

By his Attorney

Maura Healy
Attorney General

\_\_/s/ Michael A. Lafleur_____
By: Michael A. Lafleur, BBO #682500
Angelica L. Duron, BBO #705315
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
(617) 963-2107
(617) 963-2367
Michael.A.Lafleur@mass.gov
Angelica.Duron@mass.gov


Defendant: A-1 Affordable, Inc.,
By its Attorneys


\_\_\_/s/ John R. Callahan_____
John R. Callahan, Esq. BBO# 641520
Finnegan, Underwood, Ryan & Tierney
101 Federal Street, Suite 1900
Boston, MA 02110
(617) 342-7015
john@furtlaw.com